**No. 60207.**—The Crosse & Blackwell Company *v.* United States, protest 283491–K (Baltimore).

Opinion by DONLON, J. In accordance with oral stipulation of counsel that the fruit raspberry is the component material of chief value, rather than the sugar, the claim of the plaintiff was sustained.